EWAN JUSTICE, Appellant, *v.* JULIA T. JUSTICE, Respondent.

Appeal from an order of the Supreme Court, entered in the New York county clerk's office on the 2d day of April, 1914, denying a motion for leave to serve an amended complaint.

PER CURIAM: The plaintiff, having been denied the right to frame issues because his complaint was not definite enough and was too general, should now be allowed to make his complaint more definite so that he may comply with the rule laid down by the judge at Special Term and have issues framed. The order appealed from is, therefore, reversed and the motion granted. Present — Ingraham, P. J., Laughlin, Clarke, Scott and Dowling, JJ. Order reversed, and motion granted.

---

FREDA KLEINMAN, an Infant, etc., Respondent, *v.* THE CITY OF NEW YORK, Appellant.

Appeal from a judgment of the Supreme Court, entered in the New York county clerk's office on the 18th day of October, 1912, upon the verdict of a jury, and also from an order entered in the New York county clerk's office on the 25th day of October, 1912, denying a motion for a new trial.

PER CURIAM: The evidence failed to show that the city of New York was guilty of any negligence in maintaining the seats in the condition in which they were or that the condition of the seats was the proximate cause of the plaintiff's injury. It follows that the judgment and order appealed from must be reversed, with costs, and the complaint dismissed, with costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Dowling and Hotchkiss, JJ. Judgment and order reversed, with costs, and complaint dismissed, with costs. Order to be settled on notice.